# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 931 MAL 2014
:
               Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.              :
:
:
:
IZEK EUGENE TUGGLE,       :
:
               Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.